## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Shawn Holcomb, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER OF RECUSAL** |
| vs. | ) ) | |
| K & W Production Services, Inc., | ) ) | Case No.: 1:26-cv-091 |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 455(a), the undersigned recuses himself from hearing or determining any further proceeding in this case.

**IT IS SO ORDERED.**

Dated this 15th day of July, 2026.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court